UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TAUNO A. KOIVISTO,<br><br>        Plaintiff,<br><br>    v.<br><br>GILL, et al.,<br><br>        Defendants. | Case No. 20-cv-02710-LB<br><br>**ORDER OF TRANSFER** |

Tauno Koivisto filed this *pro se* civil rights action complaining about events and omissions occurring at the California State Prison in Lancaster, located in Los Angeles County and within the venue of the Central District of California. The defendants are doctors at that prison and apparently reside in the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Central District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Dated: April 24, 2020

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 20-cv-02710-LB